No. 94-9314. HUTCHINSON *v.* CHESNEY, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FRACKVILLE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 94-9317. SIMKO *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 94-9318. SCOTT *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 94-9324. GALLOWAY *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 94-9327. DE CACERES *v.* CLARKSON ET AL. C. A. 3d Cir. Certiorari denied.

No. 94-9330. PRUNTY *v.* FERGUSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 94-9331. GARNER *v.* HAWAII DEPARTMENT OF EDUCATION ET AL. C. A. 9th Cir. Certiorari denied.

No. 94-9333. FRITZ *v.* BOSSE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 94-9334. HALL *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 94-9335. GIVENS *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 94-9337. FIELDS *v.* CITY OF BROCKTON. C. A. 1st Cir. Certiorari denied.

No. 94-9339. HEATHERLY *v.* WITKOWSKI, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 94-9340. GRIBBLE *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94-9341. GLOVER *v.* LEONARDO, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.